# Notice Recipients

District/Off: 0420–3    User: admin    Date Created: 03/09/2021
Case: 21–00642–hb    Form ID: b309i    Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Dora M. Williams | 636 Archie Ware Road | Ridge Spring, SC 29129 |
| ust | US Trustee's Office | Strom Thurmond Federal Building    1835 Assembly Street    Suite 953    Columbia, SC 29201 | |
| tr | William K. Stephenson, Jr. | PO Box 8477    Columbia, SC 29202 | |
| aty | V. Lee Ringler | Lee Ringler Law Offices    808 Greene St., Suite 200    Augusta, GA 30901 | |
| 543951076 | B. Lindsay Crawford, III, Esq. | Post Office Box 4216    Columbia SC 29240 | |
| 543951077 | Cascade Financial Servic. | 3345 X. Val Vista Dr., Ste. 300    Gilbert AZ 85297 | |
| 543951078 | First Citizens Bank | 1230 Main Street    Post Office Box 29    Columbia SC 29202 | |
| 543951079 | FirstKey Master Funding 2021–A | 900 Third Avenue, 5th Floor    New York NY 12030 | |
| 543951080 | Herlong Ford, Inc. | POB 47    Edgefield SC 29824 | |

TOTAL: 9